HADEN *v.* ATLANTA NORTHERN RAILWAY COMPANY.

FISH, C. J. Where, on the interlocutory hearing of a petition to enjoin a street-railway company from using or operating its cars on a certain described strip of land to which the petitioner claimed title, the judge, under the evidence submitted, could properly find that the petitioner had not shown title to the land in question, there was no abuse of discretion in refusing to grant the injunction prayed for.

                *Judgment affirmed. All the Justices concur.*

        Argued October 20,—Decided November 20, 1905.

Petition for injunction. Before Judge Pendleton. Fulton superior court. June 2, 1905.

*W. W. Haden* and *R. O. Lovett,* for plaintiff.

*Rosser & Brandon,* for defendant.